UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARZELL BENTON AKA HASSAN H. BEY,<br><br>        Plaintiff,<br><br>  -against-<br><br>KUMAR CIDAMBI, et al.,<br><br>        Defendants. | 24cv2968 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the June 25, 2024, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: June 27, 2024
    New York, New York

              /s/ Laura Taylor Swain
              LAURA TAYLOR SWAIN
              Chief United States District Judge